SEYFARTH SHAW
Kathleen Cahill Slaught (SBN: 168129)
Sarah K. Hamilton (SBN: 238819)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
E-mail:  kslaught@seyfarth.com
E-mail:  shamilton@seyfarth.com

Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY


LAW OFFICES OF P. RANDALL NOAH
P. Randall Noah (SBN: 136452)
21 Orinda Way, Suite C, #316
Orinda, CA  94563
Telephone: (925) 253-5540
Facsimile: (925) 253-5542
E-mail:  pnoah@ix.netcom.com

Attorney for Plaintiff
JEFFREY LYNN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LYNN, | CASE NO. C 10-01306 CW |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT** |
| PACIFIC GAS & ELECTRIC COMPANY, | |
| Defendant. | |

Defendant and Plaintiff, through their respective counsels of record, hereby stipulate to extend the time for Plaintiff to file the first amended complaint, pursuant to the Court's Order Granting And Denying In Part Defendant's Motion To Dismiss, from 7 days to 21 days.

1

Good cause exists to grant this stipulated request for extension because Plaintiff's counsel is out of the office on vacation from June 21, 2010 through July 3, 2010, and unable to gain access to a computer due to his travel schedule. Plaintiff's counsel received the Court's Order on June 22, 2010 via his Blackberry mobile device, requiring the amended complaint be filed by June 28, 2010. Plaintiff's counsel is unable to comply with the Court's order but Plaintiff will amend the complaint, dismissing Defendant PG&E and adding the proper ERISA Plan as the defendant, and dismiss the request for ERISA penalties for alleged failure of Defendant to timely produce a requested copy of the LTD plan. The amended complaint will be filed upon Plaintiff's counsel's return from vacation.

The parties hereby stipulate and respectfully request the time for filing the amended complaint may be extended from June 28, 2010 to July 12, 2010.

DATED: June 24, 2010				LAW OFFICES OF P. RANDALL NOAH


						By     */s/ P. Randall Noah*     ___
							P. Randall Noah
							Attorney for Plaintiff
							JEFFREY LYNN


DATED: June 24, 2010				SEYFARTH SHAW LLP



						By     */s/ Kathleen Cahill Slaught*     
							Kathleen Cahill Slaught
							Sarah K. Hamilton
						Attorneys for Defendant
						PACIFIC GAS & ELECTRIC COMPANY

2
STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT
Case No. C 10-01306 CW

**ORDER**

IT IS SO ORDERED.

DATED: **6/25/2010**

_____
Hon. Judge Claudia Wilken
United States District Court Judge

12454245v.1 / 69419-000002