1  SEYFARTH SHAW
   Kathleen Cahill Slaught (SBN: 168129)
2  Sarah K. Hamilton (SBN: 238819)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549
   E-mail:  kslaught@seyfarth.com
5  E-mail:  shamilton@seyfarth.com

6  Attorneys for Defendant
   PACIFIC GAS & ELECTRIC COMPANY LONG TERM DISABILITY PLAN
7

8  LAW OFFICES OF P. RANDALL NOAH
   P. Randall Noah (SBN: 136452)
9  21 Orinda Way, Suite C, #316
   Orinda, CA  94563
10 Telephone: (925) 253-5540
   Facsimile: (925) 253-5542
11 E-mail:  pnoah@ix.netcom.com

12 Attorney for Plaintiff
   JEFFREY LYNN
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JEFFREY LYNN, | ) CASE NO. C 10-01306 CW |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO EXTEND TIME TO HEAR MOTION FOR SUMMARY JUDGMENT** |
| PACIFIC GAS & ELECTRIC COMPANY, | ) |
| Defendant. | ) |

Defendant and Plaintiff, through their respective counsels of record, hereby stipulate and respectfully request the Court to postpone the hearing date for the motion for summary judgment from December 23, 2010 to January 24, 2011. The deadlines for party briefs are correspondingly

1

continued for 30 days. Good cause exists to grant the continuance because the parties are engaging in settlement discussions and are close to resolving the matter in its entirety.

DATED: November __, 2010  LAW OFFICES OF P. RANDALL NOAH

By ___*/s/ P. Randall Noah*___
P. Randall Noah
Attorney for Plaintiff
JEFFREY LYNN

DATED: November __, 2010  SEYFARTH SHAW LLP

By ___*/s/ Kathleen Cahill Slaught*___
Kathleen Cahill Slaught
Sarah K. Hamilton
Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY LONG TERM DISABILITY PLAN

**ORDER**

IT IS SO ORDERED, **except that the next hearing date will be January 27, 2011 at 2:00 p.m. A Case Management Conference will be held on that same date and time, even if no motions are filed.**

DATED: **11/12/2010**

Hon. Judge Claudia Wilken
United States District Court Judge

12869433v.1 / 69419-000002

2

STIPULATION TO EXTEND TIME TO HEAR MOTION FOR SUMMARY JUDGMENT
Case No. C 10-01306 CW